IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VICTOR ROBERT BROWN,

    Plaintiff,                                 JUDGMENT IN A CIVIL CASE

v.                                             Case No. 14-cv-51-wmc

GED/HSED TESTING SERVICE,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Victor Robert Brown's request for leave to proceed and dismissing this case with prejudice for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983.

    /s/                                                       1/20/2015

Peter Oppeneer, Clerk of Court                       Date